UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MARK NOLAN,

    Petitioner,

v.                                       Case No. 2:18-CV-113

MELINDA BRAMAN,              HON. GORDON J. QUIST

    Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a habeas corpus petition brought by state prisoner Mark Nolan pursuant to 28 U.S.C. § 2254. United States Magistrate Judge Maarten Vermaat issued a Report and Recommendation (R & R), recommending that the Court deny Nolan's petition, deny a certificate of appealability, and not certify that an appeal would not be taken in good faith. (ECF No. 14.) No objection has been filed pursuant to 28 U.S.C. § 636(b). Therefore, the Court will adopt the R & R.[1]

**THEREFORE, IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 14) is approved and adopted as the Opinion of the Court, and Nolan's habeas petition (ECF No. 1) is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

A separate judgment will enter.

This case is **concluded**.

Dated: August 5, 2021                           /s/ Gordon J. Quist
                                                                  GORDON J. QUIST
                                                       UNITED STATES DISTRICT JUDGE

---

[1] The Report and Recommendation was returned to the Clerk on July 28, 2021, marked "Paroled; unable to forward." (ECF No. 15.) Dismissal of Nolan's habeas petition would also be proper pursuant to Fed. R. Civ. P. 41(b) for failure to provide the Court with information regarding his current address. *See Von Ehl v. Saginaw Cty Jail*, No. 18-11453, 2019 WL 2016546, at *2 (E.D. Mich. Mar. 31, 2019).